In the Matter of the Estate of CHARLOTTE J. DONNELLY, Deceased.

Surrogate's Court, Bronx County, December 15, 1939.

*John L. Class*, for George B. Class, trustee.

*Hamilton & Freeman* [*Mahlon A. Freeman* of counsel], for the American Surety Company of New York, movant.

HENDERSON, S. The surety is neither a necessary nor proper party in proceedings pursuant to section 111 of the Surrogate's Court Act for the reduction of a trustee's bond. If the surety is desirous of obtaining a judicial accounting it may proceed pursuant to the provisions of section 109 or 256 of the Surrogate's Court Act.

The motion to intervene is denied, with costs.

Settle order.